# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2008

135001

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RANDOLPH CARTER,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135001
COA: 279562
Kalamazoo CC: 06-002473-FH

On order of the Court, the application for leave to appeal the August 29, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2008

s0430

Clerk